## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

No. *1:20-mj-2156-Becerra*

**UNITED STATES OF AMERICA,**

vs.

**ANAS M. ODEH,**

**Defendant.**

_____/

## CRIMINAL COVER SHEET

1. This matter did not originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle).

2. This matter did not originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard).

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY:   *s/Jonathan E. Kobrinski*
        Jonathan E. Kobrinski
        Assistant United States Attorney
        Court Identification No.: A5501893
        99 Northeast 4th Street
        Miami, Florida 33132-2111
        Tel: (305) 961- 9074
        Fax: (305) 530- 7976
        Jonathan.Kobrinski@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was filed with the

Clerk of the Court using CM/ECF and thereby served on counsel for the Defendant electronically.

*/s/Jonathan E. Kobrinski*
Assistant United States Attorney

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

United States of America )
v. )
) Case No. 1 : 20 - mJ - 2156 - Becerra
)
)
Anas M. Odeh, )

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____1/31/2020_____ in the county of _____Miami-Dade_____ in the

___Southern___ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 49 U.S.C. § 46307 | Violating National Defense Airspace |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Special Agent Timothy Callinan, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2|1|20

_____
*Judge's signature*

City and state: _____Miami, Florida_____    Honorable Jacqueline Becerra, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Timothy Callinan, being duly sworn, depose and states as follows:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI"), having been so employed since March 2018. As a Special Agent, my duties include the investigation of violations of the United States Code. I am currently assigned to the FBI Miami Field Office and the National Security Cyber Investigations Squad. I am familiar with the laws concerning and the operation of unmanned aerial systems.

2.      I make this affidavit in support of the criminal complaint for Anas M. Odeh ("ANAS ODEH").

3.      Based on the facts set forth in this affidavit, I submit there is probable cause to believe that ANAS ODEH violated Title 49, United States Code, Section 46307 by knowingly and willfully violating national defense airspace, that is, flying an unmanned aircraft system (UAS) within a temporary flight restriction (TFR) zone.

4.      The information contained in this affidavit is based upon my personal knowledge, as well as knowledge, information and documentation that I obtained from other law enforcement officers and civilian witnesses who have first-hand knowledge of the events described herein. Because this affidavit is submitted for the limited purpose of establishing probable cause, it does not contain all of the information known to me concerning this investigation but contains only facts necessary to establish probable cause for the instant request.

## DEFINITIONS

5.      Title 14 ("Aeronautics and Space"), Code of Federal Regulations, Section 1.1 defines the following terms used in this affidavit:

a.    "Aircraft" means a device that is used or intended to be used for flight in the air.

b.    "Unmanned aircraft" means an aircraft operated without the possibility of direct human intervention from within or on the aircraft.

c.    "Small unmanned aircraft" means an unmanned aircraft weighing less than 55 pounds on takeoff, including everything that is on board or otherwise attached to the aircraft.

d.    "Small unmanned aircraft system" (small UAS) means a small unmanned aircraft and its associated elements (including communication links and the components that control the small unmanned aircraft) that are required for the safe and efficient operation of the small unmanned aircraft in the national airspace system.

## BACKGROUND AND APPLICABLE LAW

6.    The Federal Aviation Administration (FAA) is an agency within the United States Department of Transportation responsible for the control and use of navigable airspace within the United States. The FAA created the National Airspace System (NAS) to protect persons and property on the ground, and to establish a safe and efficient airspace for civil, commercial, and military aviation. In the FAA Modernization and Reform Act of 2012, the FAA was charged with safely integrating unmanned aircraft systems (UAS), commonly referred to as "drones," into the NAS.

7.    Title 49 ("Transportation"), United States Code, Section 40103(b)(3) requires the Administrator of the FAA, in consultation with the Secretary of Defense, to establish areas in the airspace the Administrator decides are necessary in the interest of national defense; and by regulation or order, restrict or prohibit flight of civil aircraft that the Administrator cannot identify, locate, and control with available facilities in those areas. A temporary flight restriction (TFR) is

2

a regulation that temporarily restricts certain aircraft from operating within a defined area in order to protect persons or property in the air or on the ground.

8.      Pursuant to § 40103(b)(3), on January 22, 2020, the FAA issued a TFR that prohibited all unmanned aircraft from operating within a defined geographical zone within Miami Beach without prior approval from the FAA.[1]  Pursuant to § 40103(b)(3), the FAA classified the airspace within this TFR as "National Defense Airspace" in NOTAM (written notification) 0/6432.

9.      Title 49, United States Code, Section 46307 prohibits a person from knowingly or willfully violating 49 U.S.C. § 40103(b)(3), or a regulation prescribed, or order issued under § 40103(b)(3).

## FACTS ESTABLISHING PROBABLE CAUSE

10.     On or about January 31, 2020, at approximately 3:30 p.m., a small UAS was observed flying in the vicinity of Collins Ave and 10th Street, in Miami Beach, Florida, an area within the boundaries of the TFR. Initially, visual contact was made with the UAS as it hovered for an extended period of time above a large group of people at the intersection of Collins Avenue and 10th Street, clearly flying within the boundaries of the TFR and in violation of several FAA regulations. Law enforcement searched for and located the pilot of the UAS located on the roof of the Fairwind Hotel. Upon arriving, law enforcement witnessed the drone hovering over the pool and being controlled by an individual seated to the right side of the pool. This individual was identified as ANAS ODEH and is pictured below operating the UAS:

---

[1] This TFR, and other TFR's, were issued as part of a comprehensive security complement designed to protect and secure the events leading up to and including Super Bowl 54.  This particular TFR extended from approximately 5th Street on its southern border to the Julia Tuttle Causeway on the northern border, with Biscayne Bay on the western border and the Atlantic Ocean on the eastern border.  The TFR was in effect on January 29, 2020 from 2 p.m. until 11 p.m.

3



11.     ANAS ODEH was interviewed by law enforcement and FAA safety inspectors. ANAS ODEH admitted he piloted the UAS that was observed by law enforcement which was violating the TFR.  The observed UAS was identified as a DJI Mavic Pro, which is a common model among UAS enthusiasts. According to the official YouTube Channel of the UAS manufacturer, DJI, areas within a red shading on the map in the bottom left hand corner of the screen are "Restricted Zones", synonymous with what the FAA regard as a TFR. This map remains visible for the duration of the flight of the UAS. DJI displays five color coded zone levels on their UAS products, restricted zones are the highest priority and are typically a safety or security concern. Further, in order to fly in restricted zones there are multiple prompts that the user must acknowledge by sliding an acknowledgement indicator and pressing an "ok" prompt. Examples from the video posted on YouTube that demonstrate the steps required are as follows:

4



12.     In order to fly his UAS in the TFR, ANAS ODEH stated that he affirmatively acknowledged all prompts prior to the flight of the UAS. ANAS ODEH admitted he did not seek or receive authority or approval from the FAA to fly within the TFR. In the example images above, the map in the bottom left hand corner displays an area shaded in red, indicating the UAS is located

5

within a restricted zone. In the image below, taken when contact was made while in the hands of ANAS ODEH, you can see the red shade encompassing the area from which ANAS ODEH was flying:



## CONCLUSION

13.      Based on the foregoing facts, I respectfully submit there is probable cause to believe ANAS ODEH has violated Title 49, United States Code, Section 46307 by knowingly and willfully violating national defense airspace.

Timothy Callinan, Special Agent
Federal Bureau of Investigation

Subscribed and sworn before
me on February 1 $\cancel{\text{ }}$ , 2020

HONORABLE JACQUELINE BECERRA
United States Magistrate Judge

6