FILED BY ___ TB ___ D.C.

Feb 14, 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**20-20084-CR-COOKE/GOODMAN**

Case No. _____

49 U.S.C. § 46307
49 U.S.C. § 40103(b)
49 U.S.C. § 46304
49 U.S.C. § 46305

UNITED STATES OF AMERICA,

vs.

ANAS ODEH,

    **Defendant.**

_____/

## INFORMATION

The United States Attorney charges that:

### GENERAL ALLEGATIONS

At times material to this Information:

1. The Federal Aviation Administration (FAA) is an agency within the United States Department of Transportation responsible for the control and use of navigable airspace within the United States. The FAA created the National Airspace System (NAS) to protect persons and property on the ground, and to establish a safe and efficient airspace for civil, commercial, and military aviation.

2. Title 49 ("Transportation"), United States Code, Section 40103(b)(3) requires the Administrator of the FAA, in consultation with the Secretary of Defense, to establish areas in the airspace the Administrator decides are necessary in the interest of national defense; and by regulation or order, restrict or prohibit flight of civil aircraft that the Administrator cannot identify, locate, and control with available facilities in those areas. A temporary flight restriction

(TFR) is a regulation that temporarily restricts certain aircraft from operating within a defined area in order to protect persons or property in the air or on the ground.

3. On January 22, 2020, the FAA issued a TFR that prohibited all unmanned aircraft from operating within a defined geographical area within Miami Beach, Florida, without prior approval from the FAA. In NOTAM (written notification) 0/6432, the FAA classified the airspace within this TFR as "National Defense Airspace."

## COUNT ONE
### (Violation of National Defense Airspace)
### (49 U.S.C. § 46307)

1. The General Allegations section of this Information are re-alleged and incorporated by reference as though fully set forth herein.

2. On or about January 31, 2020, in Miami-Dade County, in the Southern District of Florida, the defendant,

**ANAS ODEH,**

while piloting an Unmanned Aircraft System, did knowingly and willfully, and without lawful authority, conduct aircraft operations in restricted National Defense Airspace, that is, within the area subject to a Temporary Flight Restriction prohibiting unmanned aircraft system flight set forth in NOTAM 0/6432, a regulation prescribed under Title 14, Code of Federal Regulations, Section 99.7 and Title 49, United States Code, Section 40103(b)(3), in violation of Title 49, United States Code, Section 46307.

## FORFEITURE ALLEGATIONS
### (49 U.S.C. §§ 46304 and 46305)

1. The allegations of this Information are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **ANAS ODEH**, has an interest.

2. Upon conviction of a violation of Title 49, United States Code, Section 46307, as alleged in this Information, the defendant shall forfeit to the United States any aircraft involved in a violation of Title 49, United States Code, Section 40103(b)(3), pursuant to Title 49, United States Code, Sections 46304 and 46305.

3. The property subject to forfeiture as a result of the alleged offense includes, but is not limited to, the following: one (1) DJI Mavic Pro Drone, serial number 08QDE2801206PH.

All pursuant to Title 49, United States Code, Sections 46304 and 46305 and the procedures set forth in Title 21, United States Code, Section 853, as incorporated by Title 28, United States Code, Section 2461(c).

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JONATHAN KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

**ANAS M. ODEH,**

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

New defendant(s)        Yes ____ No ____
Number of new defendants ____
Total number of counts ____

**Court Division:** (Select One)
- ✓ Miami    ___ Key West
- ___ FTL    ___ WPB    ___ FTP

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take  2-3  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I    0 to 5 days       ✓
   - II   6 to 10 days      ___
   - III  11 to 20 days     ___
   - IV   21 to 60 days     ___
   - V    61 days and over  ___

   (Check only one)
   - Petty    ___
   - Minor    ___
   - Misdem.  ✓
   - Felony   ___

6. Has this case previously been filed in this District Court?   (Yes or No)   Yes
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   Yes
   If yes: Magistrate Case No.   20-MJ-02156-JB
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ____   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ____   No ✓

_____
JONATHAN E. KOBRINSKI
ASSISTANT UNITED STATES ATTORNEY
Court ID No. A5501893

*Penalty Sheet(s) attached                                          REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:** ANAS M. ODEH

**Case No:** _____

Count #: 1

Violation of National Defense Airspace

Title 49, United States Code, Section 46307

*__Max. Penalty:__ One (1) Year of Imprisonment

***Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**